**ORDERED.**

Dated: August 01, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                                    Case No: 6:23-bk-01483-TPG
                                                                          Chapter 13
**HEIDI L. SANCHEZ,**

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION PURSUANT TO RULE 9019**
**TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIMS AGAINST DEBTOR**

This case came on for hearing before the Court on July 24, 2024, at 10:30 a.m., to consider the Debtor's Motion Pursuant to Rule 9019 to Approve Compromise and Settlement of Claims Against Debtor [the "Motion"] (Doc. No. 61) filed by Debtor/Defendant, Heidi L. Sanchez, and Plaintiff, National Staffing Solutions, Inc.  The Court, having reviewed the Motion, having found the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; it is **ORDERED:**

1.      The Motion (Doc. No. 61) is GRANTED.

2. The compromise set forth in the Motion is hereby approved and the Parties are directed to perform the terms of the Settlement Agreement as more specifically set forth in the Motion.

3. This Court retains jurisdiction to approve, construe, and enforce all terms and conditions of the Settlement Agreement.

###

Attorney for Debtor, Robert B. Branson, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.